**VAN–019** Deficiency Notice – Petitions (BNC) – Rev. 07/02/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Rshandia Nicole Campbell
 ( *known aliases*: *Roshandia Nicole Campbell, Rshandia Campbell*
*Nicole Campbell* )
58 Nicie Purdie Road
Bladenboro, NC 28320

CASE NO.: 18–05860–5–SWH

DATE FILED: December 6, 2018

CHAPTER: 7

DEFICIENCY NOTICE

 To: Rshandia Campbell
The above referenced petition has been filed. In order for the case to be administered, it is necessary that
the item(s) described below be filed by *December 20, 2018* .

Statement of Intent, The electronic noticing request was omitted for debtor. Proof of identity was not
provided.

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the
46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the
case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited
to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Statement of Intent must be filed by *January 7, 2019* .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by
*December 20, 2018* .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be
verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure,
does not apply.

DATED: December 6, 2018

Ahronda Crossman
Deputy Clerk